No. 09-11249. ABRANTE v. ST. AMAND, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT CEDAR JUNC-

TION.  C. A. 1st Cir.  Certiorari denied.